UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMI TORGESON,<br><br>   Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>   Defendant. | CASE NO. 2:25-cv-00006-JNW<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). The Parties state that this case will be resolved through cross-motions for summary judgment. Dkt. No. 8 at 6–7. Accordingly, the Court sets the following dates and deadlines:

| EVENT | DATE |
|---|---|
| Deadline for administrative record to be filed with the Court; the administrative record shall be filed under seal | *December 2, 2025* |

SCHEDULING ORDER - 1

| EVENT | DATE |
|---|---|
| Deadline for any party to bring a motion regarding discovery, including a motion seeking leave to engage in expert discovery | *August 2, 2025* |
| Deadline for all dispositive motions, and motions challenging expert witness testimony, if any | *January 23, 2026* |

The Parties have agreed to file cross-motions for summary judgment pursuant to Local Rule 7(k). They ask to forgo reply briefs in exchange for additional pages. The Court finds good cause to grant that request under Local Civil Rule 7(k). Accordingly, the Parties cross-motions for summary judgment shall not exceed 8,400 words, and their response/reply briefs shall not exceed 12,600 words. *See* LCR7 (e)(3).

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next court day.

SCHEDULING ORDER - 2

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 21st day of April, 2025.

Jamal N. Whitehead
United States District Judge